# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PERRY BROWN                    \*

                        \*

          Plaintiff          \*

                        \*

v.                             \*       Civil No. PJM 07-1956

                        \*

STATE OF MARYLAND, et al.     \*

                        \*

          Defendants      \*

## VERDICT SHEET

### PART I

In Part I, you are asked to determine whether Mr. Brown has proved his claim against Deputy Handy **for violation of his federal and state constitutional rights** to be free from unreasonable and excessive force in the course of an arrest.

(1)     Do you find by a preponderance of the evidence that the force used by Deputy Handy was both objectively unreasonable and excessive based on the facts and circumstances that confronted him at the time?

          Yes  _____              No  \_\_\_✓\_\_\_\_

(2)     Do you find by a preponderance of the evidence that Deputy Handy acted mistakenly but nonetheless reasonably in applying force to Mr. Brown?

          Yes  _____              No  _____

(3)     If your answer to Question (1) is "yes" and to Question (2) is "no," based on a preponderance of the evidence, what compensatory damages, if any, do you award Mr. Brown?

          Medical Expenses:             \$_____

          Pain and Suffering:            \$_____

                 TOTAL     \$_____

(4)     If your answer to Question (1) is "yes" and Question (2) is "no," do you find by a preponderance of the evidence that Deputy Handy acted with reckless disregard of Mr. Brown's rights?

Yes _____          No _____

(5)     If your answer to Question (4) is "yes," based on a preponderance of the evidence, what punitive damages, if any, do you award Mr. Brown?

$_____

## PART II

In Part II, you are asked to determine whether Mr. Brown has proved his claim of **battery** against the State of Maryland based on the actions of Deputy Handy.

(1)     Do you find by a preponderance of the evidence that Deputy Handy committed a battery in using force against Mr. Brown?

Yes _____          No ____✓____

(2)     If your answer to Question (1) is "yes," based on a preponderance of the evidence, what compensatory damages, if any, do you award Mr. Brown for:

Medical Expenses:          $_____

Pain and Suffering:          $_____

TOTAL          $_____

(The total compensatory damages should be in the same amount as any compensatory damages awarded in Part I of this Verdict Sheet.)

2/20/2009
_____
Date

SIGNATURE REDACTED

- 2 -